NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANDRIE JAMES BONNEY,                )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D18-567
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____ )

Opinion filed May 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; William H. Burgess,
III, Judge.

Andrie James Bonney, pro se.


PER CURIAM.

          Affirmed.  See Wright v. State, 911 So. 2d 81 (Fla. 2005); Betancourt v.

State, 804 So. 2d 313 (Fla. 2001); Wilson v. State, 567 So. 2d 425 (Fla. 1990); Bonney

v. State, 190 So. 3d 68 (Fla. 2d DCA 2016) (table decision); Smart v. State, 124 So. 3d

347 (Fla. 2d DCA 2013); Franke v. State, 997 So. 2d 424 (Fla. 2d DCA 2008); Johnson

v. State, 973 So. 2d 1192 (Fla. 2d DCA 2008); Bizzell v. State, 912 So. 2d 386 (Fla. 2d

DCA 2005); Squires v. State, 891 So. 2d 600 (Fla. 2d DCA 2005); Bonney v. State, 613

So. 2d 532 (Fla. 2d DCA 1993); Nixon v. State, 595 So. 2d 165 (Fla. 2d DCA 1992);

Mooney v. State, 864 So. 2d 60 (Fla. 4th DCA 2003); Perez v. State, 604 So. 2d 916 (Fla. 3d DCA 1992).

BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.